*I, PAM ESTES, Clerk of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Ben Samford and wife Bette Ann Samford, Cecil Jackson and wife Michelle Jackson and Sammy Monk, Plaintiffs in the trial court secured an extension of eighty-three (83) days in which to file Appellees' Brief in the following numbered and entitled cause:*

***Enbridge G & P (East Texas) L.P.***

***No. 12-13-00307-CV***            ***vs.***

***Ben Samford and wife Bette Ann Samford, Cecil Jackson and wife Michelle Jackson and Sammy Monk***

*This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.*

*WITNESS MY HAND and seal of said Court at Tyler, Texas, this 9th day of October 2015, A.D.*



Respectfully yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk